IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JUANITA DAWSON, | § |
| | § |
| Plaintiff, | § |
| | §   Civil Action No. 3:04-CV-2446-M |
| v. | § |
| | § |
| JOHN POTTER, Postmaster General, | § |
| | § |
| Defendant. | § |
| | § |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On May 24, 2005, United States Magistrate Judge Paul D. Stickney made Findings, Conclusions and a Recommendation. No objections were filed. The Court thus reviews the Findings, Conclusions and Recommendation for plain error. Finding no plain error, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge to deny the Defendant's Motion to Dismiss. As the Magistrate Judge has appointed counsel for Plaintiff, that issue is moot.

**IT IS THEREFORE ORDERED** that the Findings, Conclusions and Recommendation of the United States Magistrate Judge are accepted. Defendant's Motion to Dismiss/Alternative Motion for More Definite Statement is **DENIED**.

**SIGNED** this 17 day of June, 2005.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE

1